# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                    NO.  4:96CR00151  SWW

TROY A. MOORE

### ORDER

Pending before the Court is the defendant's motion for early termination of supervised release in this matter.  The government states that, after conferring with the U. S. Probation Office, it has no objection.  For good cause shown, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that the defendant's motion for early termination of supervised release [doc #59] is **granted**.

DATED this 3rd day of February 2009.

_____          /s/Susan Webber Wright
                                        United States District Judge